# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

### NO. 03-24-00536-CR

**The State of Texas, Appellant**

**v.**

**Robert Chody, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY,
THEOFANIS, CRUMP AND ELLIS
DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR
RECONSDIERATION EN BANC-- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE THEOFANIS, JOINED BY JUSTICE KELLY
JUSTICE TRIANA NOT PARTICIPATING**

The Court withdraws the opinion, dissenting opinion, and judgment dated June 13, 2025, and substitutes the attached opinion, dissenting opinion, and this judgment in their place. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.